**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARKETAXESS HOLDINGS INC. and MARKETAXESS CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>TIM TABER and MARKETAXESS HOLDINGS INC.,<br><br>Defendants. | Case No. 2:26-cv-05101-JLS-AS<br><br>**ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SERVE DEFENDANTS TIM TABER AND MARKETAXESS HOLDINGS INC. BY ALTERNATIVE MEANS (Doc. 22)** |

Upon consideration of Plaintiffs MarketAxess Holdings Inc. and MarketAxess Corporation ("Plaintiffs") Motion to Serve Defendants Tim Taber and MarketAxess Holdings Inc. (collectively, "Defendants") by Alternative Means (Mot., Doc. 22), and good cause appearing, the Court GRANTS the Motion.[1]

IT IS HEREBY ORDERED that:

---

[1] The Court finds this matter appropriate for decision without oral argument, and the hearing set for August 28, 2026, at 10:30 a.m. is VACATED. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

1. Plaintiffs may serve Defendants by **both** (1) sending a copy of the Complaint, Summons, and the Initial Standing Order by email to destek@marketaxessholdingsinc.com, and (2) posting a copy of the Complaint and Summons in the *Los Angeles Times* and the *Denver Post*; and
2. Plaintiffs are further ordered to serve Defendant MarketAxess Holdings Inc. by delivering a copy of the Complaint, Summons, and the Initial Standing Order to the California Secretary of State pursuant to California Corporations Code section 1702.
3. It is further ordered that Plaintiffs have **ninety (90) days** from the date of this Order to complete service as set forth above.

Dated: August 24, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE