BLAKE L. OSBORN (SBN 271849)
blake.osborn@dentons.com
ANDREW PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 243-6131
Facsimile: (213) 623-9924

MONICA B. RICHMAN (admitted *pro hac vice*)
monica.richman@dentons.com
BRYAN L. WEIN (admitted *pro hac vice*)
bryan.wein@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Attorneys for Plaintiffs
MARKETAXESS HOLDINGS INC. and
MARKETAXESS CORPORATION

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARKETAXESS HOLDINGS INC. and MARKETAXESS CORPORATION,

Plaintiffs,

v.

TIM TABER and MARKETAXESS HOLDINGS INC.,

Defendants.

Case No. 2:26-cv-05101-JLS

Assigned to Hon. Josephine L. Staton

**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS TIM TABER AND MARKETAXESS HOLDINGS INC.**

Action Filed: May 12, 2026

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiffs MarketAxess Holdings Inc. and MarketAxess Corporation (collectively, “Plaintiffs”) request that the Clerk enter the default of Defendants Tim Taber and MarketAxess Holdings Inc. (collectively, “Defendants”) for failure to plead or otherwise defend against this action in a timely manner.

As evidenced by the Affidavit of Service on file with this Court (ECF No. 24), Defendants were served in the manner authorized by the Court’s August 24, 2026 Order (ECF No. 23): by email to destek@marketaxessholdingsinc.com on August 31, 2026; by publication in the Los Angeles Times and The Denver Post, completed no later than October 1, 2026; and, as to MarketAxess Holdings Inc., by delivery to the California Secretary of State on August 27, 2026.

The applicable time limit for the above-named Defendants to appear or otherwise respond to this action expired on October 22, 2026.

This request is based on the attached Declaration of Blake L. Osborn.

DATED: October 30, 2026

Respectfully Submitted,

/s/ *Blake L. Osborn*
Blake L. Osborn

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

# AFFIDAVIT OF BLAKE L. OSBORN

I, Blake L. Osborn, declare as follows:

1. I am a partner at the law firm of Dentons US LLP, counsel of record for Plaintiffs MarketAxess Holdings Inc. and MarketAxess Corporation ("Plaintiffs") in this action. I have personal knowledge of the facts set forth in this affidavit. If called as a witness, I could and would testify competently thereto.

2. Plaintiffs filed the Complaint herein on May 12, 2026. ECF No. 1. The Court issued a Summons as to Defendants Tim Taber and MarketAxess Holdings Inc. on May 21, 2026. ECF No. 9.

3. On August 24, 2026, the Court entered its Order Granting Plaintiffs' Motion to Serve Defendants Tim Taber and MarketAxess Holdings Inc. by Alternative Means. ECF No. 23.

4. Pursuant to that Order, Defendants were served with the Summons, Complaint, and Initial Standing Order (a) by delivery to the California Secretary of State on August 27, 2026; (b) by email to destek@marketaxessholdingsinc.com on August 31, 2026; (c) by publication in the Los Angeles Times on September 2, 9, 16, and 23, 2026; and (d) by publication in The Denver Post on September 3, 10, 17, and 24, and October 1, 2026. *See* ECF No. 24. Attached as **Exhibit A** to this affidavit is a true and correct copy of the filed Affidavit of Service with its exhibits as ECF No. 24.

5. Service was, therefore, complete as of October 1, 2026. Under Federal Rule of Civil Procedure 12(a)(1)(A), Defendants were required to plead or otherwise respond to the Complaint by October 22, 2026. That time has no expired.

6. Defendants Tim Taber and MarketAxess Holdings Inc. have failed to serve or file a pleading or otherwise respond to the Complaint.

7. None of the Defendants field a motion to extend the time in which to answer or otherwise respond to the Complaint.

8. None of the Defendants have filed, served or contacted me with an answer or any response to the Complaint.

9. No attorney has made an appearance on behalf of any of the Defendants.

10. Defendant MarketAxess Holdings Inc. is a corporate entity and not a real person and therefore cannot be a minor or incompetent person. Upon information and belief, Defendant Tim Taber is not a minor or incompetent person.

11. Defendant MarketAxess Holdings Inc. is a corporation and therefore unable to join the military. Upon information and belief, Defendant Tim Taber is not in military service, and therefore the Servicemembers Civil Relief Act does not apply.

12. On October 30, 2026, I notified Defendants that Plaintiff intended to request entry of default by the clerk, and served a copy of this application for entry of default by email to destek@marketaxessholdingsinc.com and by U.S. Mail to Tim Taber and MarketAxess Holdings Inc. at 5777 W. Century Blvd., Ste. 1125, Los Angeles, California 90045.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed on October 30, 2026, at Westlake Village, California.

*/s/ Blake L. Osborn*
Blake L. Osborn

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

# EXHIBIT A

BLAKE L. OSBORN (SBN 271849)
blake.osborn@dentons.com
ANDREW PENDEXTER (SBN 310752)
andrew.pendexter@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 243-6131
Facsimile: (213) 623-9924

MONICA B. RICHMAN (admitted *pro hac vice*)
monica.richman@dentons.com
BRYAN L. WEIN (admitted *pro hac vice*)
bryan.wein@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Attorneys for Plaintiffs
MARKETAXESS HOLDINGS INC. and
MARKETAXESS CORPORATION



**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARKETAXESS HOLDINGS INC. and MARKETAXESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TIM TABER and MARKETAXESS HOLDINGS INC.,<br><br>Defendants. | Case No. 2:26-cv-05101<br><br>Assigned to Hon. Josephine L. Staton<br><br>**AFFIDAVIT OF SERVICE MADE BY BLAKE L. OSBORN**<br><br>Action Filed: May 12, 2026 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

# AFFIDAVIT OF BLAKE L. OSBORN

I, Blake L. Osborn, declare as follows:

1. I am a partner at the law firm of Dentons US LLP, counsel of record for Plaintiffs MarketAxess Holdings Inc. and MarketAxess Corporation ("Plaintiffs") in this action. I have personal knowledge of the facts set forth in this affidavit. If called as a witness I could and would testify competently thereto.

2. On August 24, 2026, the Court entered its Order Granting Plaintiffs' Notice of Motion and Motion to Serve Defendants Tim Taber and MarketAxess Holdings Inc. by Alternative Means (ECF No. 23) (the "Order"). The Order authorized Plaintiffs to serve Defendants Tim Taber and MarketAxess Holdings Inc. (collectively, "Defendants") by both (1) sending a copy of the Complaint, Summons, and the Initial Standing Order by email to destek@marketaxessholdingsinc.com, and (2) posting a copy of the Complaint and Summons in the Los Angeles Times and the Denver Post. The Order further directed Plaintiffs to serve Defendant MarketAxess Holdings Inc. by delivering a copy of the Complaint, Summons, and the Initial Standing Order to the California Secretary of State pursuant to California Corporations Code section 1702, and gave Plaintiffs ninety (90) days from the date of the Order to complete service.

3. On August 31, 2026, at 12:31 p.m., at my direction, Grace A. Rawlins, an associate at Dentons US LLP, sent an email to destek@marketaxessholdingsinc.com with the subject line "SERVICE - Case No. 2:26-cv-05101-JLS-AS - MarketAxess Holdings Inc. et al v. Tim Taber et al." The email stated that, pursuant to the Order, the recipient was being served with the Summons, the Complaint, and the Initial Standing Order, and attached true and correct copies of (a) the Complaint filed May 12, 2026; (b) the Initial Standing Order entered May 21, 2026; and (c) the Summons issued May 21, 2026 as to Defendants MarketAxess Holdings Inc. and Tim Taber. Dentons US LLP did not receive any notice that the email was undeliverable. A true and correct copy of the email is

attached hereto as **Exhibit A**.

4. At my direction, the Summons in this action was published in the Los Angeles Times, a newspaper adjudged to be of general circulation for the City and County of Los Angeles, once a week for four consecutive weeks, on September 2, 2026, September 9, 2026, September 16, 2026, and September 23, 2026 (Order No. 8024788). A true and correct copy of the Proof of Publication executed by a principal clerk of the Los Angeles Times on October 1, 2026, with the published notice attached, is attached hereto as **Exhibit B**.

5. At my direction, the Summons in this action was published in The Denver Post, a newspaper of general circulation within the State of Colorado, on September 3, 10, 17, and 24, and October 1, 2026. A true and correct copy of the Publisher's Affidavit of The Denver Post, LLC, subscribed and sworn before a notary public on October 2, 2026, with the published notice attached, is attached hereto as **Exhibit C**.

7. On August 27, 2026, at 12:41 p.m., Justin Rossi, a registered California process server (Registration No. 2026-091, County of Sacramento) with Ace Attorney Service, Inc., delivered copies of the Summons, the Complaint, the Order, and the Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton, directed to Defendant MarketAxess Holdings Inc., to Scott Dunahue, Deputy Secretary of State, at the office of the California Secretary of State, 1500 11th Street, Sacramento, California 95814. A true and correct copy of the Proof of Service of Summons executed by Mr. Rossi on September 7, 2026, is attached hereto as **Exhibit D**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed on October 16, 2026, at Westlake Village, California.

*_/s/ Blake L. Osborn_*
Blake L. Osborn

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

# EXHIBIT A

## Rawlins, Grace A.

| | |
|---|---|
| **From:** | Rawlins, Grace A. |
| **Sent:** | Monday, August 31, 2026 12:31 PM |
| **To:** | destek@marketaxessholdingsinc.com |
| **Subject:** | SERVICE - Case No. 2:26-cv-05101-JLS-AS - MarketAxess Holdings Inc. et al v. Tim Taber et al |
| **Attachments:** | 2026-05-12 Complaint Receipt No_ Acacdc-42250660 - Fee_ $405, Filed By Pltfs Marketaxess Holdings Inc., Marketaxess Corp. (Atty Andrew M Pendexter Added To Party Marketaxess Corp.pdf; 2026-05-21 Initial Standing Order Upon Filing Of The Complaint By Judge Josephine L. Staton. (Kd).pdf; 2026-05-21 21 Day Summons Issued Re Complaint (Atty Civil Case Opening), [1] As To Def Marketaxess Holdings Inc., Tim Taber. (Ghap).pdf |
| **Importance:** | High |

Dear Sir or Madam:

Pursuant to the Order of the United States District Court for the Central District of California, dated August 24, 2026, granting Plaintiffs' Motion to Serve Defendants Tim Taber and MarketAxess Holdings Inc. by Alternative Means (ECF No. 23), Case No. 2:26-cv-05101-JLS-AS, you are hereby served with the following documents:

1. Summons
2. Complaint
3. Initial Standing Order

This email constitutes valid service upon you in accordance with the Court's Order.

Respectfully,

Grace A. Rawlins
Associate

+1 212 632 8307 | +1 718 902 6008
grace.rawlins@dentons.com | Website
Dentons US LLP

DENTONS

Our Legacy Firms | Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

# EXHIBIT B

Los Angeles Times
MEDIA GROUP

**PROOF OF PUBLICATION**
**(2015.5 C.C.P.)**

**STATE OF CALIFORNIA**
**County of Los Angeles**

**I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published.**

**I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):**

**Sept 02, 2026; Sept 09, 2026; Sept 16, 2026; Sept 23, 2026**

**I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

**Dated at El Segundo, California on this 1st day of October, 2026.**

Wendy Cooper
**[signature]**

**2300 E. Imperial Highway**
**El Segundo, CA 90245**

Los Angeles Times
MEDIA GROUP

**Sold To:**
**Denton US LLP– CA91001380**
**601 S Figueroa St Suite 2500**
**Los Angeles, CA 90017**

**Bill To:**
**Denton US LLP– CA91001380**
**601 S Figueroa St Suite 2500**
**Los Angeles, CA 90017**

UNITED STATES DISTRICT COURT
for the
Central District of California
Civil Action No. 2:26-cv-05101-JLS-AS

MarketAxess Holdings Inc. and MarketAxess Corporation,
Plaintiff(s)
v.
Tim Taber and MarketAxess Holdings Inc.
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
Tim Taber
5777 W. Century Boulevard, Suite 1125
Los Angeles, CA 90045

MarketAxess Holdings, Inc. c/o Tim Taber,
Registered Agent
5777 W. Century Boulevard, Suite 1125
Los Angeles, CA 90045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dentons US, LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 243-6131
Email: andrew.pendexter@dentons.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/21/2026

CLERK OF COURT
S. Hunt
Signature of Clerk or Deputy Clerk

# EXHIBIT C

The Denver Post, LLC

## PUBLISHER'S AFFIDAVIT

City and County of Denver )
State of Colorado )
)

The undersigned **Nicole Maestas** being first duly sworn under oath, states and affirms as follows:

1. He/she is the legal Advertising Reviewer of The Denver Post, LLC, publisher of The Denver Post.
2. The Denver Post is a newspaper of general circulation within the State of Colorado that has been published continuously and without interruption for at least fifty-two weeks in Denver County and meet the legal requisites for a legal newspaper under Colo. Rev. Stat. 24-70-103.
3. The notice that is attached hereto is a true copy, published in The Denver Post on the following date(s):

**September 3, 10, 17, 24, & October 1, 2026**

Nicole Maestas
Signature

Subscribed and sworn to before me this
2 day of __October___ , 2026.

Lisa Schmidt
Notary Public

(SEAL)

LISA SCHMIDT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254037346
MY COMMISSION EXPIRES OCTOBER 08, 2029

UNITED STATES DISTRICT COURT
for the
Central District of California

MarketAxess Holdings Inc. and MarketAxess Corporation, Plaintiff(s)
v.
Tim Taber and MarketAxess Holdings Inc. Defendant(s)
Civil Action No. 2:26-cv-05101 -JLS-AS

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
Tim Taber
5777 W. Century Boulevard, Suite 1125
Los Angeles, CA 90045

MarketAxess Holdings, Inc. c/o
Tim Taber, Registered Agent
5777 W. Century Boulevard, Suite 1125
Los Angeles, CA 90045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dentons US, LLP 601 South Figueroa Street, Suite 2500 Los Angeles, California 90017-5704 Telephone: (213) 243-6131 Email: andrew.pendexter@dentons.com If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

/s/ by: CLERK OFCOU CLERK OF COURT

Date: 5/21/2026

*Please note: The Denver Post will no longer be issuing paper tears. There will only be a digital copy.*

# EXHIBIT D

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Andrew M. Pendexter (SBN 310752)<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500 Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 623-9300 \| FAX NO. \| E-MAIL ADDRESS: andrew.pendexter@dentons.com<br>ATTORNEY FOR (Name): Plaintiffs, MARKETAXESS HOLDINGS INC. and MARKETAXESS CORPORATION | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles**<br>STREET ADDRESS: 350 West First Street, Suite 4311<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF/PETITIONER: MarketAxess Holdings Inc. and MarketAxess Corporation<br>DEFENDANT/RESPONDENT: Tim Taber and MarketAxess Holdings Inc. | CASE NUMBER:<br>2:26-cv-05101-JLS-AS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2631465R |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SUMMONS IN A CIVIL ACTION; ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SERVE DEFENDANTS TIM TABER AND MARKETAXESS HOLDINGS INC. BY ALTERNATIVE MEANS (Doc. 22); INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON**
3. a. Party served *(specify name of party as shown on documents served):*
   **MARKETAXESS HOLDINGS INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Tim Taber, Registered Agent For Service of Process**
4. Address where the party was served: **1500 11th Street Sacramento, CA 95814**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **8/27/2026** at *(time):* **12:41 PM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Scott Dunahue, Deputy Secretary of State**

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Plaintiff: **MarketAxess Holdings Inc. and MarketAxess Corporation**<br>Defendant: **Tim Taber and MarketAxess Holdings Inc.** | CASE NUMBER:<br>**2:26-cv-05101-JLS-AS** |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* *(2) from (city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **MARKETAXESS HOLDINGS INC.**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **FRCP 4(h)(1)**

7. **Person who served papers**
a. Name: **Justin Rossi - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 184.08**
e. I am:

(1) ☑ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☐ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.: **2026-091**
(iii) County: **SACRAMENTO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **9/7/2026**

**Justin Rossi**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)



(Signature - Per CC §1633.7)